ACCEPTED
01-14-00895-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/11/2015 12:19:18 PM
CHRISTOPHER PRINE
CLERK

## No. 01-14-00895-CR

**In the First Court of Appeals,
Houston, Texas**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

2/11/2015 12:19:18 PM

CHRISTOPHER A. PRINE
Clerk

**LAMAR MARCELL HUNTER
Appellant**

**v.**

**THE STATE OF TEXAS
Appellee**

**Appellant's Second Motion for**

**Extension of Time to File Brief**

Respectfully Submitted by:

Joseph Kyle Verret
THE LAW OFFICE OF KYLE VERRET, PLLC
Counsel for Appellant
TBN: 240429432
11200 Broadway, Suite 2743
Pearland, Texas 77584
Phone: 281-764-7071
Fax: 281-764-7071                          Submitted:
Email: kyle@verretlaw.com                  February 11, 2015

In the First Court of Appeals,
Houston, Texas

LAMAR MARCELL HUNTER
Appellant

v.

THE STATE OF TEXAS
Appellee

**Appellant's Second Motion for**

**Extension of Time to File Brief**

Comes now, Appellant, by and through his undersigned counsel, in the above styled cause and moves this Honorable Court to extend the time for the filing of Appellant's Brief.   Per Texas Rule of Appellate Procedure 10.5(b), Appellant provides the following:

**Current Deadline for Filing:** February 11, 2015

**Length of Extension Sought:** Thirty (30) Days

**Number of Previous Extensions Granted:**  One.

**Basis for Extensions:**

Appellant's counsel is a solo practitioner with a busy criminal and juvenile defense caseload, which requires regular appearances in court on the part of counsel.

An agreed motion to abate this is appeal to the trial court to correct the

trial court's certificate of right of appeal.

Also, in the thirty days since the last motion for extension in this matter, counsel prepared and filed a brief in Appeal No. 14-14-00585-CR, 14-14-00586-CR, and 14-14-00587-CR in the Fourteenth Court of Appeals. This brief was filed on Friday, January 6, 2015.

Also, Appellant's counsel prepared for an Aggravated Assault with a Deadly Weapon trial in Cause 74051 in Brazoria County, Texas that was set for trial on January 26, 2015. While the case was resolved prior to trial, counsel spent significant time preparing for this trial.

Counsel for Appellant seeks this extension of time to be able to prepare a cogent and succinct brief to aid this Court in its analysis of the issues presented. This request is not sought for delay but so that justice may be done.

All facts recited in this motion are within the personal knowledge of the counsel signing this motion, therefore no verification is necessary under Rule of Appellate Procedure 10.2.

## PRAYER FOR RELIEF

For the reasons set forth above, Appellant requests that this Court grant this Appellant's Second Motion to Extend Time to File Appellant's Brief and extend the Deadline for Filing the Appellant's Brief up to and including March 13, 2015. Appellant prays all other relief to which he may be entitled.

Respectfully submitted,

/s/ Joseph Kyle Verret
Joseph Kyle Verret
THE LAW OFFICE OF KYLE VERRET, PLLC
Counsel for Appellant
TBN: 240429432
11200 Broadway, Suite 2743
Pearland, Texas 77584
Phone / Fax: 281-764-7071
Email: kyle@verretlaw.com

## Certificate of Service

I certify that a true and correct copy of the foregoing Appellant's Second Motion for Extension of Time to File Brief was served on this 11th day of February, 2015 on the Counsel for the Appellee, Rebecca Klaren, at the Galveston County Criminal District Attorney's Office by e-service through electronic filing.

/s/ Joseph Kyle Verret
Joseph Kyle Verret
TBN: 2402932